UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:10-CR-57-2BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINDALEA SINGLETON | ORDER |

On 1 October 2012, defendant's probation revocation hearing commenced. At the hearing, the court heard testimony of Jimmy Peal of the Plymouth Police Department and U.S. Probation Officer Brock Knight. As the court stated in open court, the probation revocation hearing is CONTINUED. At the government's option, the hearing shall be re-set for the court's next session, 5 November 2012, such that the government may secure the appearance of a representative of the power company, or for the court session following the conclusion of the state proceedings against defendant. Within 10 days of the filing of this order, the government shall file written notice of how it intends to proceed.

This 2 October 2012.

_____
W. Earl Britt
Senior U.S. District Judge